NO. 07-11-0478-CR

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

JANUARY 5, 2012
_____

KENNETH STEPHEN CAVAZOS,

Appellant

v.

THE STATE OF TEXAS,

Appellee
_____

FROM THE 47th DISTRICT COURT OF POTTER COUNTY;

NO. 63,422-A; HON. DAN L. SCHAAP, PRESIDING
_____

***ORDER OF DISMISSAL***
_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Appellant, Kenneth Stephen Cavazos, appeals his conviction for unauthorized use of a vehicle. The certification of right to appeal stated that 1) the criminal proceeding was "a plea-bargain case, and the defendant has NO right of appeal" and 2) "the defendant has waived the right of appeal." This circumstance was brought to the attention of appellant and opportunity was granted him to obtain an amended certification entitling him to appeal. No such certification was received within the allotted time. Having no

certification indicating that appellant has a right to appeal his conviction, we dismiss the appeal per Texas Rule of Appellate Procedure 25.2(d).

Per Curiam

Do not publish.